RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94942-1739
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LISA FABBRI                          )  Case No.: CV-05-4660 MMC
                Plaintiff,           )
                                     )
        vs.                          )  STIPULATION AND ORDER EXTENDING
                                     )  PLAINTIFF'S TIME TO MOTION FOR
JO ANNE B. BARNHART,                 )  SUMMARY JUDGMENT OR REMAND.
                                     )
Commissioner of Social Security      )
                                     )
                Defendant            )
_____

        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

approval of the Court, that Plaintiff may have an extension of 60 days in which to file his

response to Defendant's Motion for Summary Judgment.  Plaintiff's response was due on

Thursday, March 23, 2006, pursuant to Civil L.R. 16-1(e).  Plaintiff's response is now due on

May 22, 2006.

//

//

//

//

//

//

1    This is Plaintiff's first request.

2

3

4    DATED:   3/22/06                    Sara Winslo /s/

5                                        SARA WINSLOW
                                         Assistant United States Attorney
6

7

8

9    DATED:    3/21/06                   Richard Zieman /s/

10                                       RICHARD ZIEMAN

11                                       Attorney for Plaintiff

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15

16   DATED:  March 23, 2006

17                                       MAXINE M. CHESNEY

18                                       United States District Judge

19

20

21

22

23

24

25

26

27

28