United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA FABBRI,

    Plaintiff

  v.

JOANNE B. BARNHART,

    Defendant
_____/

No. C 05-4660 MMC

**ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

    On May 22, 2006, plaintiff electronically filed her Notice of Motion and Motion for Summary Judgment or Remand.  Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  <u>See</u> General Order 45 § VI.G; <u>see</u> <u>also</u> Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Plaintiff is hereby advised that if she fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the

Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 1, 2006

MAXINE M. CHESNEY
United States District Judge

2