1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LISA M. FABBRI,                    )
                                      )
13          Plaintiff,                )   CIVIL NO.   05-04660 MMC
                                      )
14     v.                             )   STIPULATION AND ORDER EXTENDING
                                      )   DEFENDANT'S TIME TO FILE
15 JO ANNE B. BARNHART,               )   RESPONSE TO PLAINTIFF'S
   Commissioner of Social Security,   )   MOTION FOR SUMMARY JUDGMENT
16                                    )
            Defendant.                )
17 _____    )

18      IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19 approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20 file her response to Plaintiff's Motion for Summary Judgment because the Civil Division of the

21 United States Attorney's Office is moving to a new floor starting on June 16, 2006.  Defendant's

22 response was due on June 21, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on

23 July 21, 2006.

24 ///

25 ///

26 ///

27 ///

28 ///

1  This is defendant's first request.

5  Dated: June 6, 2006                        /s/
                                     RICHARD ZIEMAN
6                                    Attorney for Plaintiff

                                     KEVIN V. RYAN
8                                    United States Attorney

12 Dated: June 6, 2006      By:        /s/
                                     SARA WINSLOW
13                                   Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19 Dated:  June 8, 2006            _____
                                     MAXINE M. CHESNEY
20                                   United States District Judge

FABBRI, EXT.MXSJ (jf)
C 05-04660 MMC                              2