1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LISA M. FABBRI,                )
                                  )
13         Plaintiff,              )   CIVIL NO.  05-04660 MMC
                                  )
14         v.                      )   STIPULATION AND ORDER OF REMAND
                                  )
15 JO ANNE B. BARNHART,           )
   Commissioner of Social Security, )
16                                )
           Defendant.              )
17 _____)

18         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that this action be remanded to the defendant Commissioner pursuant to 42

20 U.S.C § 1383(c)(3) and sentence four of 42 U.S.C. Section 405(g) for further administrative

21 proceedings which will include directing the Administrative Law Judge (ALJ) to offer Plaintiff the

22 opportunity for a new hearing and update the record.

23         The ALJ will reconsider the nature and severity of Plaintiff's organic brain disorder at step

24 two of the sequential evaluation procedure.  In so doing, the ALJ will properly weigh and evaluate

25 the opinion of William Goodheart, M.D., Plaintiff's treating psychiatrist.  The ALJ will also

26 reconsider other medical source opinions, including the opinion of Janine Marinos, Ph.D.  The ALJ

27 will develop the record and, if necessary, will obtain the opinion of a medical expert as to the nature

28 ///

and severity of Plaintiff's organic brain disorder.

Dated: July 17, 2006
/s/
RICHARD ZIEMAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 17, 2006        By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: July 19, 2006
MAXINE M. CHESNEY
United States District Judge

FABBRI, REMDS4 (jf)
C 05-04660 MMC                                    2