```
1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA M. FABBRI, | ) |
|    Plaintiff, | ) CIVIL NO. 05-04660 MMC |
|    v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) <u>ACCESS TO JUSTICE ACT</u> |
|    Defendant. | ) |
|  | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND FOUR HUNDRED THIRTY FIVE DOLLARS ($3,435.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.  The check is to be payable to plaintiff's counsel:

>      RICHARD ZIEMAN
>      254 MILLER AVE., SUITE A
>      MILL VALLEY, CA 94941
>      (415) 388-3800; FAX 1060

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

Act.

3. Payment of the THREE THOUSAND FOUR HUNDRED THIRTY FIVE DOLLARS ($3,435.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, or costs as a result of this court action.

Dated: August 21, 2006
/s/
RICHARD ZIEMAN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: August 22, 2006
By: /s/ ALEX G. TSE, for
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2006

MAXINE M. CHESNEY
United States District Judge

FABBRI, EAJA STIP (jf)
C 05-04660 MMC                               2